In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-210 CV


 ______________________


 

LISA CARROLL AND LEE CARROLL, Appellants



V.



ROBERT FASELER AND KELI AN PRESTRIDGE, Appellees






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-175,438






MEMORANDUM OPINION


 The appellants, Lisa Carroll and Lee Carroll, filed a motion to dismiss this appeal. The
motion is voluntarily made by the appellants prior to any decision of this Court and should
be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. The motion
to dismiss is granted and the appeal is dismissed.



 APPEAL DISMISSED.


 ____________________________

 DAVID GAULTNEY

 Justice

 

Opinion Delivered June 7, 2007 


Before McKeithen, C.J., Gaultney and Kreger, JJ.